IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 95-cr-00068-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GILBERTO RODRIGUEZ,

    Defendant.

## ORDER

Upon the motion of the United States of America and for good cause shown, it is

ORDERED that the *Government's Motion to Continue the Hearing on Violation of Supervised Release* scheduled for May 18, 2006, is granted. The hearing of May 18, 2006, is hereby VACATED and RESET to **June 7, 2006**, at the hour of 2:00 p.m. in the U.S. Courthouse located at 212 North Wahsatch, Suite 100, Colorado Springs, Colorado.

DATED this 16th day of May, 2006

BY THE COURT:

s/ Daniel B. Sparr

---
DANIEL B. SPARR
SENIOR DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO